# File Hashes for IP Address 108.51.159.75

**ISP:** Verizon FiOS
**Physical Location:** Woodbridge, VA

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 09/25/2014 05:49:49 | 5102F271D939B5531DA6CFAADDDE8F23DAE99D8F | Sparks |
| 09/03/2014 12:35:32 | 078E88F6677A1C62F9F7BA6E346C9012B64D8B93 | Perfect Timing |
| 09/02/2014 02:55:14 | 7A4995CAD71D31FF581945E35ABE694C7EDE32DC | Paint Me White |
| 08/31/2014 10:01:28 | EE0A02E5BFA31D3FFB98C4C9C1387756937100B3 | California Dreams |
| 08/31/2014 01:59:46 | CFC0821EAEC3A2A4970D4DF4D366531630916929 | At Home With Tiffany |
| 08/30/2014 21:18:02 | 0D34B864233D7E416179E35DE58C8454EFE2FE67 | I Will See You In The Morning |
| 08/30/2014 21:13:04 | 2756740A7F3BBB5C7CDF75B9D1F1ED72E8946F34 | In for the Night |
| 08/07/2014 14:32:14 | 2A05E9869A686BCAD59ACBAA0203049202AEAE0C | Sexy In The City |
| 07/31/2014 16:55:45 | 8373AF619CD811248AFE99516087ACF2F9739585 | Spontaneous |
| 07/31/2014 16:30:57 | 304F7B486AD5BF2FCF4C7BA6070B7FB4B37655A0 | Stay for a While |
| 07/31/2014 16:12:42 | 57BB8F13C16B03F66E234B0449CB77B1FD1689D2 | In Charge |
| 06/08/2014 15:18:40 | 0466468EB9A6A49044FC0ADA46CADBADF0DCC5F5 | Deep Blue Passion |
| 05/19/2014 03:48:08 | ACEB9F74D2241F303709A8F082143988C7AB382D | Miss You |
| 05/19/2014 02:02:53 | FFF3DAD0223FA2D7A1F1BC0EB7503789FB770C1D | Morning Desires |
| 05/19/2014 01:23:46 | 5FFD111B645C6FBB09011561D4429404574D008C | Mile High Club |

**Total Statutory Claims Against Defendant: 15**

EXHIBIT A

EVA133