**Copyrights-In-Suit for IP Address 108.51.159.75**

**ISP:** Verizon FiOS
**Location:** Woodbridge, VA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| At Home With Tiffany | PA0001880496 | 02/17/2014 | 02/21/2014 | 08/31/2014 |
| California Dreams | PA0001780564 | 03/12/2012 | 03/12/2012 | 08/31/2014 |
| Deep Blue Passion | PA0001885168 | 03/21/2014 | 03/24/2014 | 06/08/2014 |
| I Will See You In The Morning | PA0001874746 | 01/14/2014 | 01/15/2014 | 08/30/2014 |
| In Charge | PA0001865956 | 10/04/2013 | 10/06/2013 | 07/31/2014 |
| In for the Night | PA0001874670 | 01/06/2014 | 01/06/2014 | 08/30/2014 |
| Mile High Club | PA0001877249 | 01/16/2014 | 01/26/2014 | 05/19/2014 |
| Miss You | PA0001833262 | 03/26/2013 | 04/01/2013 | 05/19/2014 |
| Morning Desires | PA0001819292 | 12/31/2012 | 01/08/2013 | 05/19/2014 |
| Paint Me White | PA0001909785 | 08/24/2014 | 08/26/2014 | 09/02/2014 |
| Perfect Timing | PA0001895848 | 05/07/2014 | 05/16/2014 | 09/03/2014 |
| Sexy In The City | PA0001905511 | 06/27/2014 | 07/02/2014 | 08/07/2014 |
| Sparks | PA0001916039 | 09/24/2014 | 10/06/2014 | 09/25/2014 |
| Spontaneous | PA0001860977 | 08/22/2013 | 09/10/2013 | 07/31/2014 |
| Stay for a While | PA0001859661 | 07/05/2013 | 08/02/2013 | 07/31/2014 |

**Total Malibu Media, LLC Copyrights Infringed: 15**

EXHIBIT B

EVA133