IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

MALIBU MEDIA, LLC,

        Plaintiff,

v.                                  Civil Action No. 1:14-cv-01534-LO-MSN

JOHN DOE, subscriber assigned IP address
108.51.159.75,

        Defendant.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action without prejudice. John Doe was assigned the IP address 108.51.159.75. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: March 23, 2015

                                                            Respectfully submitted,

                                                            By:   /s/ *William E. Tabot*
                                                            William E. Tabot PC
                                                            9248 Mosby Street
                                                             Manassas, VA 20110-5038
                                                             Phone: 703-530-7075
                                                            Email: wetabotesq@wetlawfirm.com
                                                            *Attorney for Plaintiff*

SO ORDERED 3/24/15

        /s/ *LOG*
_____
Liam O'Grady
United States District Judge